UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, Jr., | No. 2:21-cv-0308-EFB P |
| Plaintiff, | |
| v. | ORDER |
| ARNO NAPPI, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted an application for leave to proceed in forma pauperis. He has, however, requested a certified trust account statement from prison officials. *See* ECF No. 1 at 90 (Ex. GA-22).

If plaintiff wishes to proceed, he must submit either the filing fee or the application required by § 1915(a) within 30 days from the date of service of this order.[1] The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis.

/////

---

[1] Plaintiff may submit his application without a certified trust account statement as the court can order CDCR to submit it directly to the court.

1

1 | Failure to comply with this order may result in the dismissal of this action.
2 |     So ordered.
3 | DATED: February 22, 2021.
4 |     EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE