UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, Jr., | No. 2:21-cv-0308-EFB P |
| Plaintiff, | |
| v. | ORDER |
| ARNO NAPPI, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On February 22, 2021, the court ordered plaintiff to either pay the filing fee or file an in forma pauperis application as required by 28 U.S.C. § 1915(a) within 30 days. ECF No. 3. Plaintiff has since filed two certified trust account statements (ECF Nos. 4, 7), but he has not yet filed an affidavit in support of an application to proceed in forma pauperis.

If plaintiff wishes to proceed, he must submit either the filing fee or the affidavit required by § 1915(a) within 30 days from the date of service of this order. Once again, the Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis. Failure to comply with this order may result in the dismissal of this action.

So ordered.

DATED: March 30, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE