UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, Jr., | No. 2:21-cv-00308-TLN-EFB |
| Plaintiff, | |
| v. | **ORDER** |
| ARNO NAPPI, | |
| Defendant. | |

Plaintiff Robert William Tunstall, Jr. ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2021, the Court found Plaintiff to be a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g), denied Plaintiff's application for leave to proceed *in forma pauperis* (ECF No. 11), and granted Plaintiff fourteen days within which to pay the $402 filing fee for this action. (ECF No. 15.) Plaintiff was warned that failure to pay the filing fee within 14 days would result in the dismissal of this action. (*Id.*) The 14-day period has expired, and Plaintiff has not paid the fee.[1]

---

[1] Instead of paying the filing fee, on July 22, 2021, Plaintiff filed a "Response" to the Court's July 6, 2021 Order, which does not appear to constitute any permissible filing (such as a request for an extension of time to pay the filing fee or a motion for reconsideration), but instead merely condemns the Court for its prior ruling and concludes with "final words" to "KISS

     Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice. The Clerk of the Court is directed to close this case.

     IT IS SO ORDERED.

Dated: August 31, 2021

*[signature]*

Troy L. Nunley
United States District Judge

---

PLAINTIFFS GENTILE ASS!!" (ECF No. 16.)  As such, the Court deems the filing to be an impermissible filing and it is disregarded.